831 A.2d 552

IN THE MATTER OF VIJAY M. GOKHALE, AN ATTORNEY
AT LAW (ATTORNEY NO. 004151983).

September 18, 2003.

## O R D E R

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension of **VIJAY M. GOKHALE** of **ISELIN**, who was admitted to the bar of this State in 1983, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **VIJAY M. GOKHALE** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **VIJAY M. GOKHALE** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that **VIJAY M. GOKHALE** be restrained and enjoined from practicing law during the period of his suspension.